IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| MASTEC NORTH AMERICA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 07-CV-05008-JLH |
| ALLEGIANCE COMMUNICATIONS LLC, and BUFORD MEDIA GROUP, | ) ) ) ) |
| Defendants. | ) |

## RULE 7.1 STATEMENT

Comes Now Defendant Allegiance Communications LLC, pursuant to F. R.C. P. 7.1, and states that it has no parent company and that Wicks Communications & Media Fund, LP owns 10%, but less than 100%, of its stock.

McANANY, VAN CLEAVE & PHILLIPS, P. A.
5125 Roe Boulevard, Suite 200
Roeland Park, Kansas  66205
(913) 371-3838
(913) 262-1791 FAX

BY:   s/ Lawrence D. Greenbaum
Lawrence D. Greenbaum – KS #12175
Patricia L. Musick – AR#2006346
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 11, 2008, this document was electronically filed with the Clerk of the Court using the CM/ECF system which system notifies the following electronic filing participants of such filing:

Kenneth E. Wagner [kwagner@lswsl.com]
Pine G. Drewyor [pdrewyor@lswsl.com]
Latham, Stall, Wagner, Steele & Lehman
1800 S. Baltimore, Ste 500
Tulsa, OK  74119
*Attorneys for Plaintiff*

s/ Lawrence D. Greenbaum

{L0141297.DOC; 1}